IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WANDA WILLIAMS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 7:08-cv-114 (HL) |
| | : |
| MAST BIOSURGERY USA, INC., | : |
| a wholly-owned subsidiary of | : |
| MAST BIOSURGERY AG, | : |
| the parent company, and | : |
| MAST BIOSURGERY AG, | : |
| | : |
| Defendants. | : |

# ORDER

By order entered January 26, 2009, Plaintiff, Wanda Williams, was given 45 days in which to perfect service on Defendants Mast Biosurgery USA, Inc. and Mast Biosurgery AG. The 45 days allotted for perfecting service has now expired. It appears from the record that Defendant Mast Biosurgery USA, Inc. has been served as directed. No evidence of service on Defendant Mast Biosurgery AG appears in the record. Plaintiff is hereby directed to advise the Court by not later than 10 days from the date of entry of this order as to the status of its efforts to serve Mast Biosurgery AG.

**SO ORDERED**, this the 23rd day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**

mls