# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**WANDA WILLIAMS,** :
:
   Plaintiff, :
:
v. : Civil Action No. 7:08-cv-114(HL)
:
**MAST BIOSURGERY USA, INC.,** :
**a wholly owned subsidiary of** :
**MAST BIOSURGERY AG,** :
**the parent company, and** :
**MAST BIOSURGERY AG,** :
:
   Defendants. :
_____

## ORDER

In an Order entered on May 4, 2009 (Doc. 15), this case was dismissed in its entirety without prejudice due to Plaintiff's failure to contact the Court as directed. Judgment in favor of Defendants was subsequently entered on May 5, 2009 (Doc. 16).

The docket shows that Defendant Mast Biosurgery USA, Inc. was served and has filed an Answer (Doc. 11). In a conversation with Plaintiff's counsel, the Court was informed that counsel for both Plaintiff and Defendant Mast Biosurgery USA, Inc. agree that the case against Mast Biosurgery USA, Inc. should move forward. In that same conversation, Plaintiff's counsel explained why he did not contact the Court as directed. The Court is satisfied with his explanation.

In light of the foregoing, Plaintiff's case against Defendant Mast Biosurgery USA is hereby reinstated. The case against Defendant Mast Biosurgery AG will remain dismissed. The judgment entered in favor of Defendants (Doc. 16) is vacated, and judgment shall be re-entered in favor of Defendant Mast Biosurgery AG only.

**SO ORDERED**, this the 7th day of May, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh