# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **WANDA WILLIAMS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 7:08-CV-114(HL) |
| | : | |
| **MAST BIOSURGERY USA, INC.,** | : | |
| | : | |
| Defendant. | : | |

_____

# ORDER

This case is before the Court on the Joint Motion for Extension of Time to Complete Discovery (Doc. 32).

In the Motion, the parties request an additional 90 days within which to complete discovery of the Plaintiff's treating physicians, including, but not limited to, Dr. David Adcock, who is currently not medically able to give a deposition, to depose Dr. Anthony Moser, a pathologist at Colquitt Regional Medical Center, and to conduct any other discovery that may be necessitated as a result of the information gleaned during those depositions.  Counsel for the Defendant is also attempting to secure certain pathology specimens from Colquitt Regional for examination.

While the Court has concerns about the delays in discovery in this case, the Court will grant the Motion.  The parties, however, are given only through January 31, 2010 to complete all outstanding discovery, including taking the deposition of Dr. Moser and resolving any issues with Colquitt Regional.  The Court recognizes that

Dr. Adcock's medical condition is out of the parties' control, but the parties are to make every effort to complete discovery with regard to Dr. Adcock by the January deadline.  If the parties will not be able to meet that deadline for Dr. Adcock, they are ordered to inform the Court immediately upon recognizing that there is a problem. This <u>does not</u> mean waiting until January 31, 2010 to file another motion to extend discovery.  In addition, if the parties have any difficulty with discovery relating to Colquitt Regional or Dr. Moser, they are to notify the Court immediately.

        **SO ORDERED**, this the 11th day of December, 2009.

                                        *s/  Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh