**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **WANDA WILLIAMS,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 7:08-CV-114 (HL) |
| **MAST BIOSURGERY USA, INC.,** | : |
| Defendant. | : |

## ORDER

On December 11, 2009, the Court entered an order extending discovery in this case until January 31, 2010. The parties have informed the Court that due to circumstances beyond their control, they were unable to take the deposition of Dr. David Adcock as scheduled on January 22, 2010, and he will not be available for another deposition until late February or early March.

The parties are given until March 15, 2010 to take the deposition of Dr. Adcock. All other discovery should be completed by the previously established deadline of January 31, 2010. The parties are also directed to inform the Court of the result of the mediation scheduled for February 23, 2010.

**SO ORDERED**, this the 28th day of January, 2010.

s/ *Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh