IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **WANDA WILLIAMS,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:08-CV-114 (HL) |
| **MAST BIOSURGERY USA, INC.,** | : | |
| Defendant. | : | |

### ORDER

The Court previously set a discovery deadline in this case of January 31, 2010. It also gave the parties until March 15, 2010 to take the deposition of Dr. David Adcock. The parties have informed the Court that Dr. Adcock's deposition was taken at some point prior to February 23, 2010. As such, discovery in this case is now closed.

The purpose of this Order is to reset certain scheduling deadlines. The new deadlines applicable to this case are as follows:

1.  Motions to join other parties or to otherwise amend the pleadings shall be filed not later than March 25, 2010.

2.  All dispositive motions shall be filed not later than April 9, 2010.

**SO ORDERED**, this the 3rd day of March, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh